

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MYKHAYLO KOLADA | **1:25-cr-00729**<br>**Judge John F. Kness**<br>Case No. **Magistrate Judge Jeannice W. Appenteng**<br>**RANDOM/Cat. 4**<br>Violation(s): Title 18, United States Code, Sections 2251(a) and (e)<br><br>**UNDER SEAL** |

The SPECIAL APRIL 2025 GRAND JURY charges:

## COUNT ONE

On or about January 12, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

MYKHAYLO KOLADA,

defendant herein, attempted to use, persuade, induce, and entice a minor, namely, Minor A, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, as depicted in REC00000.AVI, which visual depiction defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate commerce, and that the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

**COUNT TWO**

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about January 12, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

MYKHAYLO KOLADA,

defendant herein, attempted to use, persuade, induce, and entice, a minor, namely, Minor A, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, as depicted in REC00002.AVI, which visual depiction defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate commerce, and that the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT THREE

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about January 12, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

MYKHAYLO KOLADA,

defendant herein, used, persuaded, induced, and enticed, and attempted to use, persuade, induce, and entice, a minor, namely, Minor A, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, as depicted in REC00003.AVI, which visual depiction defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate commerce, and that the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

**COUNT FOUR**

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about January 12, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

MYKHAYLO KOLADA,

defendant herein, used, persuaded, induced, and enticed, and attempted to use, persuade, induce, and entice, a minor, namely, Minor A, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, as depicted in REC00007.AVI, which visual depiction defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate commerce, and that the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

## **COUNT FIVE**

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about January 27, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

MYKHAYLO KOLADA,

defendant herein, used, persuaded, induced, and enticed, and attempted to use, persuade, induce, and entice, a minor, namely, Minor A, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, as depicted in REC00009.AVI, which visual depiction defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate commerce, and that the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT SIX

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about January 27, 2018, in the Northern District of Illinois, Eastern Division,

MYKHAYLO KOLADA,

defendant herein, used, persuaded, induced, and enticed, and attempted to use, persuade, induce, and entice, a minor, namely, Minor A, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, as depicted in REC00010.AVI, which visual depiction defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate commerce, and that the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT SEVEN

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about January 27, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

MYKHAYLO KOLADA,

defendant herein, used, persuaded, induced, and enticed, and attempted to use, persuade, induce, and entice, a minor, namely, Minor A, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, as depicted in REC00012.AVI, which visual depiction defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate commerce, and that the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

## **FORFEITURE ALLEGATION**

The September 2025 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2251, as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; any property constituting and traceable to gross profits and other proceeds obtained from such offense; and any property used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

2. The property to be forfeited includes, but is not limited to the following specific property: a PNY 16GB Elite Micro SD card.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY